[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-11784

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 2, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00605-CV-WS-C

MOLLIE HOSEA,
LETA MAE HOSEA,
FLOYD ANN HOSEA,

Plaintiffs-Appellants,

versus

SHERIFF JESSE LANGLEY,
TOMMIE REESE,
BRYAN JONES,
LEE LAWRENCE,
LEROY RODGERS, et al.,

Defendants-Appellees,

WILLIAM GOODWIN, et al.,

Defendants.

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(February 2, 2007)**

Before DUBINA, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the basis of that court's painstakingly thorough and well-reasoned order of February 7, 2006.  All of the arguments that the appellants have raised before us are adequately answered in the district court's order and no purpose would be served by repeating here what is said there.

This affirmance is without prejudice to the state law claims which the district court dismissed without prejudice.

**AFFIRMED.**